IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

RHONDA L. STITH                                                    PLAINTIFF

V.                              NO. 09-5012

MICHAEL J. ASTRUE,
Commissioner of Social Security                                    DEFENDANT

## J U D G M E N T

For reasons stated in the memorandum opinion of this date, the court hereby affirms the

decision of the ALJ, finding that Plaintiff came to be under a disability beginning no earlier than

March 16, 2004, and came to be entitled to Disability Insurance Benefits on the basis of her

application of November 17, 2003, and came to be eligible for Supplemental Security Income

payments by virtue of her application of the same date.

**The parties have sixty days from entry of the judgment on the docket in which to**

**appeal.**

IT IS SO ORDERED AND ADJUDGED this 5th day of February, 2010.


/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE