IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

RHONDA L. STITH                                                                                    PLAINTIFF

V.                                            NO. 09-5012

MICHAEL J. ASTRUE,
Commissioner of Social Security                                                            DEFENDANT

## J U D G M E N T

For reasons stated in the memorandum opinion of this date, the court hereby affirms the decision of the ALJ, finding that Plaintiff came to be under a disability beginning no earlier than March 16, 2004, and came to be entitled to Disability Insurance Benefits on the basis of her application of November 17, 2003, and came to be eligible for Supplemental Security Income payments by virtue of her application of the same date.

**The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 5th day of February, 2010.

/s/ Erin L. Setser
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE